**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | **Omraadhi LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | **Econo Lodge Inn & Suites** |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 6 – 3 3 2 6 2 4 5 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2755 North Interstate 35**<br>Number          Street | Number          Street |
| **San Antonio, TX 78208**<br>City          State     ZIP Code | City          State     ZIP Code |
| **Bexar**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number          Street<br><br>City          State     ZIP Code |

**5. Debtor's website (URL)** _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Omraadhi LLC**                                                Case number *(if known)* _____
         Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes
7 2 1 1

| | |
|---|---|
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | |
|---|---|
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes. District _____ When _____ Case number _____<br>                                         MM / DD / YYYY<br>       District _____ When _____ Case number _____<br>                                           MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>      District _____ When _____<br>                                     MM / DD / YYYY<br>      Case number, if known _____ |

Debtor  **Omraadhi LLC**                                                                Case number *(if known)* _____
         Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number       Street<br>    _____<br>    _____<br>    City                        State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

**Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49      ☐ 50-99      ☐ 1,000-5,000      ☐ 5,001-10,000      ☐ 25,001-50,000      ☐ 50,000-100,000<br>☐ 100-199    ☐ 200-999    ☐ 10,001-25,000                          ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000              ☑ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000         ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000        ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Debtor    __Omraadhi LLC__    Case number *(if known)* _____
          Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __03/31/2025__
               MM/ DD/ YYYY

X   __/s/ Mitul J. Patel__                        __Mitul J. Patel__
    Signature of authorized representative of debtor       Printed name

Title    __President__

**18. Signature of attorney**

X   ____/s/ Joyce Lindauer____    Date __03/31/2025__
    Signature of attorney for debtor                    MM/ DD/ YYYY

__Joyce Lindauer__
Printed name

__Joyce W. Lindauer Attorney, PLLC__
Firm name

__1412 Main St. Suite 500__
Number        Street

__Dallas__                          __TX__      __75202__
City                                State    ZIP Code

__(972) 503-4033__                  __joyce@joycelindauer.com__
Contact phone                       Email address

__21555700__                        __TX__
Bar number                          State

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Omraadhi LLC**

CASE NO

CHAPTER **11**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___**03/31/2025**___     Signature _____ **/s/ Mitul J. Patel** _____

Mitul J. Patel , President

**Attorney General of Texas**
Bankruptcy Div
PO Box 12548
Austin, TX 78711-2548

**Bexar County**
411 N. Frio Street
San Antonio, TX 78207

**Choice Hotels International**
915 Meeting Street
Rockville, MD 20852

**Internal Revenue Service**
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

**Mahesh I. Patel**
2929 N. Central Expressway Suite 240
Richardson, TX 75080

**Jayprakash "Sunil" T. Patell**
4308 Kingsbury Drive
Plano, TX 75093

**Prem II LLC**
11939 IH - 35 North
San Antonio, TX 78233

**Texas Comptroller of Public Accounts**
Bankruptcy and Lien Section
Revenue Accounting Division
PO Box 13528
Austin, TX 78711-3528

**Texas Workforce Commission**
101 East 15th Street
Austin, TX 78778-0001


**United States Trustee**
PO Box 1539
San Antonio, TX 78295


**United States Attorney
General**
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **OMRAADHI LLC** | § | **CASE NO.** _____ |
| **d/b/a Econo Lodge Inn & Suites,** | § | **Chapter 11** |
| | § | |
| **Debtor.** | § | |

### DECLARATION OF  MITUL PATEL

STATE OF TEXAS )
)
COUNTY OF BEXAR )

"My name is Mitul Patel and I am over eighteen (18) years of age. I am a Director of Omraadhi LLC d/b/a Econo Lodge Inn & Suites. I have never been convicted of a crime and am fully competent to make this Declaration. I have personal knowledge of the facts stated herein and they are all true and correct.

1.      The Debtor does not prepare a Balance Sheet, Statement of Operations or Cash Flow Statement in the ordinary course of business.

2.      A copy of the Debtor's 2023 Federal Income Tax return is attached.

3.      I declare under penalty of perjury that the statements contained herein are true and correct.

EXECUTED this 31st day of March, 2025.

_____
Mitul Patel, Director

Form **1065**

Department of the Treasury
Internal Revenue Service

### U.S. Return of Partnership Income

For calendar year 2023, or tax year beginning 01/01 , 2023, ending 12/31 , 20 23

Go to *www.irs.gov/Form1065* for instructions and the latest information.

OMB No. 1545-0123

**2023**

| A Principal business activity | Name of partnership | | D Employer identification number |
|---|---|---|---|
| Room Rentals | Omraadhi LLC | | 86-3326245 |
| B Principal product or service | **Type or Print** Number, street, and room or suite no. If a P.O. box, see instructions. | | E Date business started |
| Accommodation | 2755 N Interstate 35 | | 03/31/2021 |
| C Business code number | City or town, state or province, country, and ZIP or foreign postal code | | F Total assets (see instructions) |
| 721110 | San Antonio        TX        78208 | | $ 2,142,892 |

**G** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☐ Amended return

**H** Check accounting method: **(1)** ☒ Cash **(2)** ☐ Accrual **(3)** ☐ Other (specify):

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year: 2

**J** Check if Schedules C and M-3 are attached

**K** Check if partnership: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 23 below. See instructions for more information.

| | | | | | | | |
|---|---|---|---|---|---|---|---:|
| **Income** | 1a | Gross receipts or sales | 316,533 | **b** Less returns and allowances | | **c** Balance | **1c** | 316,533 |
| | 2 | Cost of goods sold (attach Form 1125-A) | | | | | **2** | |
| | 3 | Gross profit. Subtract line 2 from line 1c | | | | | **3** | 316,533 |
| | 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | | | | **4** | 0 |
| | 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | | | | | **5** | 0 |
| | 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | | | **6** | 0 |
| | 7 | Other income (loss) (attach statement) | | | | | **7** | 0 |
| | 8 | **Total income (loss).** Combine lines 3 through 7 | | | | | **8** | 316,533 |

| | | | | | | |
|---|---|---|---|---|---|---:|
| **Deductions** (see instructions for limitations) | 9 | Salaries and wages (other than to partners) (less employment credits) | | | **9** | 60,200 |
| | 10 | Guaranteed payments to partners | | | **10** | 0 |
| | 11 | Repairs and maintenance | | | **11** | 7,961 |
| | 12 | Bad debts | | | **12** | |
| | 13 | Rent | | | **13** | |
| | 14 | Taxes and licenses | | | **14** | 73,515 |
| | 15 | Interest (see instructions) | | | **15** | 103,401 |
| | 16a | Depreciation (if required, attach Form 4562) | **16a** | 47,108 | | |
| | b | Less depreciation reported on Form 1125-A and elsewhere on return | **16b** | | **16c** | 47,108 |
| | 17 | Depletion **(Do not deduct oil and gas depletion.)** | | | **17** | |
| | 18 | Retirement plans, etc. | | | **18** | |
| | 19 | Employee benefit programs | | | **19** | |
| | 20 | Energy efficient commercial buildings deduction (attach Form 7205) | | | **20** | |
| | 21 | Other deductions (attach statement) | | | **21** | 209,746 |
| | 22 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 21 | | | **22** | 501,931 |
| | 23 | **Ordinary business income (loss).** Subtract line 22 from line 8 | | | **23** | -185,398 |

| | | | | | | |
|---|---|---|---|---|---|---:|
| **Tax and Payment** | 24 | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | | | **24** | |
| | 25 | Interest due under the look-back method—income forecast method (attach Form 8866) | | | **25** | |
| | 26 | BBA AAR imputed underpayment (see instructions) | | | **26** | |
| | 27 | Other taxes (see instructions) | | | **27** | |
| | 28 | **Total balance due.** Add lines 24 through 27 | | | **28** | 0 |
| | 29 | Elective payment election amount from Form 3800 | | | **29** | 0 |
| | 30 | Payment (see instructions) | | | **30** | |
| | 31 | **Amount owed.** If the sum of line 29 and line 30 is smaller than line 28, enter amount owed | | | **31** | 0 |
| | 32 | **Overpayment.** If the sum of line 29 and line 30 is larger than line 28, enter overpayment | | | **32** | 0 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of partner or limited liability company member          Date 09/16/2024

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☒ if self-employed | PTIN P02285992 |
|---|---|---|---|---|
| Murtaza Cassim | | | | |
| Firm's name   Cassim Accounting Services LLC | | | Firm's EIN 84-3497350 | |
| Firm's address 7510 derby vista        Selma        TX   78154 | | | Phone no. (210)803-7919 | |

For Paperwork Reduction Act Notice, see separate instructions.          Cat. No. 11390Z          Form **1065** (2023)

Form 1065 (2023)

Page **2**

## Schedule B — Other Information

| | | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | |
| **a** | ☐ Domestic general partnership     **b** ☐ Domestic limited partnership | | |
| **c** | ☒ Domestic limited liability company     **d** ☐ Domestic limited liability partnership | | |
| **e** | ☐ Foreign partnership     **f** ☐ Other: | | |
| **2** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership . . . . . . . . . . . . . | | ✗ |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership . . . . . . . . | | ✗ |
| **3** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below . . . . . . . . . . . . . . . . . | | ✗ |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . | | ✗ |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **4** | Does the partnership satisfy all four of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 . . . . . . . . . . | | ✗ |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? . . . . . . . . | | ✗ |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . . | | ✗ |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . | | ✗ |
| **8** | At any time during calendar year 2023, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country ▶ | | ✗ |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions . . . . . . . . . . . | | ✗ |
| **10a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? If "Yes," enter the effective date of the election ▶ | | ✗ |
| | See instructions for details regarding a section 754 election. | | |
| **b** | For this tax year, did the partnership make an optional basis adjustment under section 743(b)? If "Yes," enter the total aggregate net positive amount $ _____ and the total aggregate net negative amount $ ( _____ ) of such section 743(b) adjustments for all partners made in the tax year. The partnership must also attach a statement showing the computation and allocation of each basis adjustment. See instructions . . . . . . . . | | ✗ |

Form **1065** (2023)

Form 1065 (2023)      Page **3**

| Schedule B | Other Information *(continued)* | Yes | No |
|---|---|---|---|
| c | For this tax year, did the partnership make an optional basis adjustment under section 734(b)? If "Yes," enter the total aggregate net positive amount $ _____ and the total aggregate net negative amount $ ( _____ ) of such section 734(b) adjustments for all partnership property made in the tax year. The partnership must also attach a statement showing the computation and allocation of each basis adjustment. See instructions | | x |
| d | For this tax year, is the partnership required to adjust the basis of partnership property under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," enter the total aggregate amount of such section 743(b) adjustments and/or section 734(b) adjustments for all partners and/or partnership property made in the tax year $ _____ . The partnership must also attach a statement showing the computation and allocation of the basis adjustment. See instructions | | x |
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) . . . . . . . . . . . . . . . . . . . ☐ | | |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | x |
| 13 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect to Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . _____ | | |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership . . . . . . _____ | | x |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return . . . . . . . . . . . . . . . . . . . . . . . . . . _____ | | |
| 16a | Did you make any payments in 2023 that would require you to file Form(s) 1099? See instructions . . . . . | | x |
| b | If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . | | |
| 17 | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect to Certain Foreign Corporations, attached to this return . . . . . . . . . . . . . . . . . . . . . . . _____ | | |
| 18 | Enter the number of partners that are foreign governments under section 892 . . . . . . . . _____ | | |
| 19 | During the partnership's tax year, did the partnership make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? . . . . | | x |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 . . . . . . . . . . . . . . . . . . . . . . . . . . . | | x |
| 21 | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? . . . . | | x |
| 22 | During the tax year, did the partnership (a) own, or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions . . . . . . . . . . . . . . | | x |
| | If "Yes," enter the total amount of the disallowed deductions . . . . . . . . . . $ _____ | | |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . | | x |
| 24 | Does the partnership satisfy one or more of the following? See instructions . . . . . . . . . . | | x |
| a | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $29 million and the partnership has business interest expense. | | |
| c | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. | | |
| | If "Yes" to any, complete and attach Form 8990. | | |
| 25 | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . | | x |
| | If "Yes," enter the amount from Form 8996, line 15 . . . . . . . . . . $    0 | | |
| 26 | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership . . . . . . . _____ | | |
| | Complete Schedule K-3 (Form 1065), Part XIII, for each foreign partner subject to section 864(c)(8) on a transfer or distribution. | | |
| 27 | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? . . . . . . . . . . . . . . . | | x |
| 28 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. | | x |
| | Percentage:      By vote: _____    By value: _____ | | |
| 29 | Is the partnership required to file Form 7208 relating to the excise tax on repurchase of corporate stock (see instructions)? | | |
| a | Under the applicable foreign corporation rules? . . . . . . . . . . . . . . . . . | | x |

Form **1065** (2023)

Form 1065 (2023)

| **Schedule B** | **Other Information** (continued) | Page **4** | Yes | No |
|---|---|---|---|---|
| b | Under the covered surrogate foreign corporation rules? . . . . . . . . . . . | | | ✗ |
| | If "Yes" to either (a) or (b), complete Form 7208, Excise Tax on Repurchase of Corporate Stock. See the Instructions for Form 7208. | | | |
| 30 | At any time during this tax year, did the partnership (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or financial interest in a digital asset)? See instructions . . . . . . . . . . . . . . . . . . . . . . . | | | ✗ |
| 31 | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions | | | ✗ |
| | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| | If "No," complete Designation of Partnership Representative below. | | | |

**Designation of Partnership Representative** (see instructions)
Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR  Mitul J Patel

| U.S. address of PR | 2755 N Interstate 35 | U.S. phone number of PR | (712)579-8446 |
|---|---|---|---|
| | San Antonio TX 78208 | | |

If the PR is an entity, name of the designated individual for the PR

| U.S. address of designated individual | | U.S. phone number of designated individual | |
|---|---|---|---|

Form **1065** (2023)

Form 1065 (2023)          Page **5**

| Schedule K | | Partners' Distributive Share Items | | | | Total amount |
|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Income (Loss)** | **1** | Ordinary business income (loss) (page 1, line 23) | **1** | | -185,398 |
| | **2** | Net rental real estate income (loss) (attach Form 8825) | **2** | | 0 |
| | **3a** | Other gross rental income (loss) | **3a** | | |
| | **b** | Expenses from other rental activities (attach statement) | **3b** | 0 | |
| | **c** | Other net rental income (loss). Subtract line 3b from line 3a | **3c** | | 0 |
| | **4** | Guaranteed payments: **a** Services **4a** 0 **b** Capital **4b** 0 | | | |
| | | **c** Total. Add lines 4a and 4b | **4c** | | 0 |
| | **5** | Interest income | **5** | | |
| | **6** | Dividends and dividend equivalents: **a** Ordinary dividends | **6a** | | |
| | | **b** Qualified dividends **6b** **c** Dividend equivalents **6c** | | | |
| | **7** | Royalties | **7** | | |
| | **8** | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | **8** | | 0 |
| | **9a** | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | **9a** | | 0 |
| | **b** | Collectibles (28%) gain (loss) | **9b** | | |
| | **c** | Unrecaptured section 1250 gain (attach statement) | **9c** | 0 | |
| | **10** | Net section 1231 gain (loss) (attach Form 4797) | **10** | | 0 |
| | **11** | Other income (loss) (see instructions)  Type: | **11** | | 0 |
| **Deductions** | **12** | Section 179 deduction (attach Form 4562) | **12** | | 0 |
| | **13a** | Cash contributions | **13a** | | 0 |
| | **b** | Noncash contributions | **13b** | | |
| | **c** | Investment interest expense | **13c** | | |
| | **d** | Section 59(e)(2) expenditures: **(1)** Type: **(2)** Amount: | **13d(2)** | | 0 |
| | **e** | Other deductions (see instructions)  Type: | **13e** | | 0 |
| **Self-Employ-ment** | **14a** | Net earnings (loss) from self-employment | **14a** | | -185,398 |
| | **b** | Gross farming or fishing income | **14b** | | 0 |
| | **c** | Gross nonfarm income | **14c** | | 316,533 |
| **Credits** | **15a** | Low-income housing credit (section 42(j)(5)) | **15a** | | 0 |
| | **b** | Low-income housing credit (other) | **15b** | | 0 |
| | **c** | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | **15c** | | 0 |
| | **d** | Other rental real estate credits (see instructions)  Type: | **15d** | | 0 |
| | **e** | Other rental credits (see instructions)  Type: | **15e** | | 0 |
| | **f** | Other credits (see instructions)  Type: | **15f** | | 0 |
| **International** | **16** | Attach Schedule K-2 (Form 1065), Partners' Distributive Share Items—International, and check this box to indicate that you are reporting items of international tax relevance ☐ | | | |
| **Alternative Minimum Tax (AMT) Items** | **17a** | Post-1986 depreciation adjustment | **17a** | | |
| | **b** | Adjusted gain or loss | **17b** | | |
| | **c** | Depletion (other than oil and gas) | **17c** | | |
| | **d** | Oil, gas, and geothermal properties—gross income | **17d** | | |
| | **e** | Oil, gas, and geothermal properties—deductions | **17e** | | |
| | **f** | Other AMT items (attach statement) | **17f** | | 0 |
| **Other Information** | **18a** | Tax-exempt interest income | **18a** | | |
| | **b** | Other tax-exempt income | **18b** | | |
| | **c** | Nondeductible expenses | **18c** | | 0 |
| | **19a** | Distributions of cash and marketable securities | **19a** | | 0 |
| | **b** | Distributions of other property | **19b** | | 0 |
| | **20a** | Investment income | **20a** | | |
| | **b** | Investment expenses | **20b** | | |
| | **c** | Other items and amounts (attach statement) | | | |
| | **21** | Total foreign taxes paid or accrued | **21** | | |

Client Copy

Form **1065** (2023)

Form 1065 (2023) — Page **6**

## Analysis of Net Income (Loss) per Return

| | | | |
|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13e, and 21 | **1** | -185,398 |

| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|---|
| a | General partners | 0 | 0 | 0 | 0 | 0 | 0 |
| b | Limited partners | 0 | 0 | 0 | 0 | 0 | 0 |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | | | 4,915 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | 0 | | 0 |
| 3 | Inventories | | | | 0 |
| 4 | U.S. Government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach statement) | | 0 | | 0 |
| 7a | Loans to partners (or persons related to partners) | | | | |
| b | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach statement) | | 0 | | 0 |
| 9a | Buildings and other depreciable assets | 1,809,273 | | 1,815,373 | |
| b | Less accumulated depreciation | 75,288 | 733,985 | 122,396 | 1,692,977 |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | 0 | | 0 |
| 11 | Land (net of any amortization) | | 445,000 | | 445,000 |
| 12a | Intangible assets (amortizable only) | | | 0 | |
| b | Less accumulated amortization | | 0 | | 0 |
| 13 | Other assets (attach statement) | | 0 | | 0 |
| 14 | Total assets | | 2,178,985 | | 2,142,892 |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable | | | | |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 | Other current liabilities (attach statement) | | 25,237 | | 29,900 |
| 18 | All nonrecourse loans | | | | |
| 19a | Loans from partners (or persons related to partners) | | | | |
| b | Mortgages, notes, bonds payable in 1 year or more | | 2,331,088 | | 2,475,730 |
| 20 | Other liabilities (attach statement) | | | | |
| 21 | Partners' capital accounts | | -177,340 | | -362,738 |
| 22 | Total liabilities and capital | | 2,178,985 | | 2,142,892 |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Analysis of Net Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -185,398 | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | 0 | a | Tax-exempt interest $_____ | 0 |
| 3 | Guaranteed payments (other than health insurance) | 0 | 7 | Deductions included on Schedule K, lines 1 through 13e, and 21, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13e, and 21 (itemize): | | a | Depreciation $_____ | 0 |
| a | Depreciation $_____ | 0 | 8 | Add lines 6 and 7 | 0 |
| b | Travel and entertainment $_____ | 0 | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | -185,398 |
| 5 | Add lines 1 through 4 | -185,398 | | | |

## Schedule M-2 — Analysis of Partners' Capital Accounts

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | -177,340 | 6 | Distributions: a Cash | 0 |
| 2 | Capital contributed: a Cash | | | b Property | 0 |
| | b Property | | 7 | Other decreases (itemize): | |
| 3 | Net income (loss) (see instructions) | -185,398 | | | 0 |
| 4 | Other increases (itemize): | 0 | 8 | Add lines 6 and 7 | 0 |
| 5 | Add lines 1 through 4 | -362,738 | 9 | Balance at end of year. Subtract line 8 from line 5 | -362,738 |

Form **1065** (2023)

Omraadhi LLC                                                                86-3326245

**Other Deductions Statement**

| Type | Amount |
|---|---|
| Automobile and truck expense | 2,531 |
| Bank Charges | 295 |
| Commissions | 13,742 |
| Computer | |
| Credit and collection costs | 10,592 |
| Dues and subscriptions | 192 |
| Insurance | 41,528 |
| Legal and professional | 5,381 |
| Outside services | 1,025 |
| Postage/Shipping | |
| Supplies | |
| Telephone | 7,071 |
| Travel | 226 |
| Utilities | 38,218 |
| Waste removal | 1,915 |
| Breakfast | 10,155 |
| Cable | 15,229 |
| Franchise fees | 45,234 |
| Uniforms | 357 |
| Linen & lodging supplies | 12,759 |
| Pest control | 325 |
| Pool maintenance | 1,525 |
| Computer & internet | 1,000 |
| Office supplies | 446 |
| | |
| Total: | 209,746 |

**Line 20C Other item Statement**

| Description | Amount |
|---|---|
| Z - Section 199A qualified business income | -185,398 |
| Z - Section 199A W-2 Wages | 60,200 |
| Total: | -125,198 |

**Statement - Schedule L Balance Sheets per Books - Line 17 - Other current liabilities (attach statement)**

| Type | Beginning of Year Amount | End of Year Amount |
|---|---|---|
| Bank overdraft | 5,286 | |
| Credit cards payl | 12,068 | 3,868 |
| Occupancy taxes pay | 7,883 | 25,742 |
| Payroll liabilities | | 290 |
| Total: | 25,237 | 29,900 |

651123

| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545 0123 |

**Schedule K-1
(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2023**

For calendar year 2023, or tax year

beginning __/__/2023  ending __/__/__

**Partner's Share of Income, Deductions, Credits, etc.**

See separate instructions.

### Part I  Information About the Partnership

**A** Partnership's employer identification number
86-3326245

**B** Partnership's name, address, city, state, and ZIP code
Omraadhi LLC
2755 N Interstate 35
San Antonio            TX         78208

**C** IRS center where partnership filed return:

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
Mitul J Patel
2755 N Interstate 35
San Antonio            TX         78208

**G** ☐ General partner or LLC member-manager  ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner  ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | 50 % | 50 % |
| Loss | 50 % | 50 % |
| Capital | 50 % | 50 % |

Check if decrease is due to:
☐ Sale or ☐ Exchange of partnership interest. See instructions.

**K1** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ 0 | $ 0 |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

**K2** Check this box if item K1 includes liability amounts from lower-tier partnerships ☐

**K3** Check if any of the above liability is subject to guarantees or other payment obligations by the partner. See instructions ☐

**L** **Partner's Capital Account Analysis**

| | |
|---|---|
| Beginning capital account | $ -88,670 |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ -92,699 |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions | $ ( 0 ) |
| Ending capital account | $ -181,369 |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning . . . $ _____
Ending . . . $ _____

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) -92,699 | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) 0 | | |
| 3 | Other net rental income (loss) 0 | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked ☐ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income 0 | | |
| 6a | Ordinary dividends 0 | | |
| 6b | Qualified dividends 0 | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents 0 | | |
| 7 | Royalties 0 | | |
| 8 | Net short-term capital gain (loss) 0 | 19 | Distributions |
| 9a | Net long-term capital gain (loss) 0 | | |
| 9b | Collectibles (28%) gain (loss) 0 | 20 | Other information |
| 9c | Unrecaptured section 1250 gain 0 | Z | See Statement -92,699 |
| 10 | Net section 1231 gain (loss) 0 | Z | See Statement 30,100 |
| 11 | Other income (loss) 0 | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

For IRS Use Only

Client Copy

Omraadhi LLC                                                                                    86-3326245

Schedule K-1 (1065) - Qualified Business Income Deduction

| SSTB | Qualified Business Income/(Loss) | Section 1231 Gain (Loss) | Section 179 | W-2 Wages | Unadjusted Basis Immediately After Acquisition | Qualified REIT Dividends | Qualified PTP Income/(Loss) |
|------|----------------------------------|--------------------------|-------------|-----------|-----------------------------------------------|--------------------------|-----------------------------|
|      | -92,699 |  |  | 30,100 | 0 | 0 | 0 |
| Total: | -92,699 |  |  | 30,100 | 0 | 0 | 0 |

651123

| Final K-1 | Amended K-1 | OMB No. 1545-0123 |

**Schedule K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

**2023**
For calendar year 2023, or tax year

beginning ___/___/2023  ending ___/___/___

**Partner's Share of Income, Deductions, Credits, etc.**
See separate instructions.

### Part I  Information About the Partnership

**A** Partnership's employer identification number
86-3326245

**B** Partnership's name, address, city, state, and ZIP code
Omraadhi LLC
2755 N Interstate 35
San Antonio          TX          78208

**C** IRS center where partnership filed return:

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
Jagdish Patel
2755 N Interstate 35
San Antonio          TX          78208

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____  Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | 50 % | 50 % |
| Loss | 50 % | 50 % |
| Capital | 50 % | 50 % |

Check if decrease is due to:
☐ Sale or ☐ Exchange of partnership interest. See instructions.

**K1** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ 0 | $ 0 |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

**K2** ☐ Check this box if item K1 includes liability amounts from lower-tier partnerships

**K3** ☐ Check if any of the above liability is subject to guarantees or other payment obligations by the partner. See instructions.

**L** Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account | $ -88,670 |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ -92,699 |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions | $ ( 0 ) |
| Ending capital account | $ -181,369 |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . $ _____
Ending . . . $ _____

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | -92,699 |
| 2 | Net rental real estate income (loss) | 0 |
| 3 | Other net rental income (loss) | 0 |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | 0 |
| 6a | Ordinary dividends | 0 |
| 6b | Qualified dividends | 0 |
| 6c | Dividend equivalents | 0 |
| 7 | Royalties | 0 |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | 0 |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| 14 | Self-employment earnings (loss) | |
| 15 | Credits | |
| 16 | ☐ Schedule K-3 is attached if checked | |
| 17 | Alternative minimum tax (AMT) items | |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| 20 | Other information  Z  See Statement | -92,699 |
| | Z  See Statement | 30,100 |
| 21 | Foreign taxes paid or accrued | 0 |

**22** ☐ More than one activity for at-risk purposes*

**23** ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

For IRS Use Only

Client Copy

Omraadhi LLC

86-3326245

**Schedule K-1 (1065) - Qualified Business Income Deduction**

| SSTB | Qualified Business Income/(Loss) | Section 1231 Gain (Loss) | Section 179 | W-2 Wages | Unadjusted Basis Immediately After Acquisition | Qualified REIT Dividends | Qualified PTP Income/(Loss) |
|---|---|---|---|---|---|---|---|
| | -92,699 | | | 30,100 | 0 | 0 | 0 |
| Total: | -92,699 | | | 30,100 | 0 | 0 | 0 |

Form **4562**

Department of the Treasury
Internal Revenue Service

**Depreciation and Amortization**
(Including Information on Listed Property)
**Attach to your tax return.**
**Go to** *www.irs.gov/Form4562* **for instructions and the latest information.**

OMB No. 1545-0172

**2023**

Attachment
Sequence No. **179**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| Omraadhi LLC | 1065 | 86-3326245 |

**Part I  Election To Expense Certain Property Under Section 179**
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | 1,160,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | 0 |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** | 2,890,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | 0 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | 1,160,000 |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . **7** | 0 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | 0 |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | 0 |
| 10 | Carryover of disallowed deduction from line 13 of your 2022 Form 4562 | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | **11** | 0 |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | **12** | 0 |
| 13 | Carryover of disallowed deduction to 2024. Add lines 9 and 10, less line 12 . . **13** | 0 | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II  Special Depreciation Allowance and Other Depreciation (Don't** include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | **14** | 0 |
| 15 | Property subject to section 168(f)(1) election | **15** | 0 |
| 16 | Other depreciation (including ACRS) | **16** | 0 |

**Part III  MACRS Depreciation (Don't** include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2023 | **17** | 47,108 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . ☐ | | |

**Section B—Assets Placed in Service During 2023 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | 0 | 0 | | | 0 |
| b 5-year property | | 0 | 0 | | | 0 |
| c 7-year property | | 0 | 0 | | | 0 |
| d 10-year property | | 0 | 0 | | | 0 |
| e 15-year property | | 0 | 0 | | | 0 |
| f 20-year property | | 0 | 0 | | | 0 |
| g 25-year property | | 0 | 25 yrs. | | S/L | 0 |
| h Residential rental property | | 0 | 27.5 yrs. | MM | S/L | 0 |
| | | 0 | 27.5 yrs. | MM | S/L | 0 |
| i Nonresidential real property | | 0 | 39 yrs. | MM | S/L | 0 |
| | | 0 | 0 | MM | S/L | 0 |

**Section C—Assets Placed in Service During 2023 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | 0 | | | S/L | 0 |
| b 12-year | | 0 | 12 yrs. | | S/L | 0 |
| c 30-year | | 0 | 30 yrs. | MM | S/L | 0 |
| d 40-year | | 0 | 40 yrs. | MM | S/L | 0 |

**Part IV  Summary  (See instructions.)**

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | 0 |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | **22** | 47,108 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . **23** | | |

**For Paperwork Reduction Act Notice, see separate instructions.**

Cat. No. 12906N

Form **4562** (2023)

Client Copy

Form 4562 (2023)                                                                 Page **2**

**Part V** **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A—Depreciation and Other Information** (Caution: See the instructions for limits for passenger automobiles.)

24a Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No  24b If "Yes," is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|

25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions . | 25 | | 0 |

26 Property used more than 50% in a qualified business use:

| | | % | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | % | | | | | | |
| | | % | | | | | | |

27 Property used 50% or less in a qualified business use:

| | | % | | | | S/L – | | |
|---|---|---|---|---|---|---|---|---|
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |

28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . | 28 | 0 |
29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . | 29 | 0 |

**Section B—Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | Total business/investment miles driven during the year (**don't** include commuting miles) . | 0 | | 0 | | 0 | | 0 | | 0 | | 0 |
| 31 | Total commuting miles driven during the year | | | 0 | | 0 | | 0 | | 0 | | 0 |
| 32 | Total other personal (noncommuting) miles driven . . . . . . . . . . . | 0 | | 0 | | 0 | | 0 | | 0 | | 0 |
| 33 | Total miles driven during the year. Add lines 30 through 32 . . . . . . . | 0 | | 0 | | 0 | | 0 | | 0 | | 0 |
| 34 | Was the vehicle available for personal use during off-duty hours? . . . | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 | Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 | Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . | | |
| 39 | Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . | | |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . | | |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? See instructions . . . . | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

**Part VI** **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|

42 Amortization of costs that begins during your 2023 tax year (see instructions):

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |

43 Amortization of costs that began before your 2023 tax year . . . . . . . . . | 43 | 0 |
44 **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . | 44 | 0 |

Form **4562** (2023)

## 2023 Asset Depreciation Report

### Parent form: 1065

| Description(Type) | Date In Svc | Cost/ Basis | Prior 179 Bonus | Bus. Use Per. | Method Bonus | Cv | Life | Crnt. 179 | Crnt. Bonus | Prior Reg. Depr. | Crnt. Depr. Deduc. | Next Year Depr. | Prior AMT | Crnt. AMT | Crnt. Amo. Dep. | Prior Amo. Dep. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Deferred finance char(Leasehold improvements non residential) | 05/07/2021 | 2,582 | 0 | | 100 S/L | HY | 15 | | 0 | 258 | 172 | 172 | | 172 | 0 | 0 |
| Building(Non residental real property) | 05/07/2021 | 1,780,000 | 0 | | 100 S/L | MM | 39 | | 0 | 74,172 | 45,639 | 45,639 | | 45,639 | 0 | |
| Furniture & Equipment(Furniture and Fixtures) | 05/07/2021 | 3,891 | 0 | | 100 S/L | HY | 7 | | 0 | 834 | 556 | 556 | | 681 | 0 | |
| Land(Land) | 05/07/2021 | 445,000 | 0 | | 100 | | 0 | | 0 | 0 | 0 | 0 | | 0 | 0 | |
| Building & Improvemen(Non residental real property) | 12/30/2022 | 28,900 | 0 | | 100 S/L | MM | 39 | | 0 | 24 | 741 | 741 | | 741 | 0 | |
| **Total :** | | 2,260,373 | 0 | | | | | 0 | 0 | 75,288 | 47,108 | 47,108 | 0 | 47,233 | 0 | 0 |